AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Yeakel III, Earl L. | District Court, W.D. Texas | 06/01/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination, Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2010 to 12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States Courthouse <br> 200 West 8th Street <br> Austin, Texas 78701 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Theodore Roosevelt Association |
| 2. Trustee & Chairman | Austin Rotary Club Foundation |
| 3. Member | University of Texas Longhorn Foundation Advisory Council |
| 4. Member | Texas Commission on Uniform State Laws |
| 5. Member | National Conference of Commissioners on Uniform State Laws |
| 6. Member | Board of Advisors, Austin Lawyers Chapter, The Federalist Society |
| 7. Executive Committee Member | Robert W. Calvert Chapter, American Inns of Court |
| 8. President | Austin Intellectual Property Chapter, American Inns of Court |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Yeakel III, Earl L.

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L. | 06/01/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2010 | Employees Retirement System of Texas - Retirement |
| 2. | 2010 | Nitsche & Ferguson Ins. Agency Inc. - Commission Sales |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Practising Law Institute | January 10-13, 2010 | San Francisco, California | PLI Program-Patent Reissue & Reexamination Strategies | Transportation, Meals, & Lodging |
| 2. | National Conference of Commissioners on Uniform State Laws | January 27-31, 2010 | Orlando, Florida | Committee on Style | Transportation, Meals, & Lodging |
| 3. | William S. Sessions American Inn of Court | February 18-19, 2010 | San Antonio, Texas | Meeting of Inn | Meals & Lodging |
| 4. | Practising Law Institute | March 11-12, 2010 | Chicago, Illinois | PLI Program-Patent Reissue & Reexamination Strategies | Transportation, Meals, & Lodging |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Yeakel III, Earl L. | 06/01/2011 |

| | | | | |
|---|---|---|---|---|
| 5. | Thomson Reuters | March 14-16, 2010 | San Jose, California | Patent Disputes Program | Transportation, Meals, & Lodging |
| 6. | National Conference of Commissioners on Uniform State Laws | April 21-25, 2010 | Chicago, Illinois | Committee on Style | Transportation, Meals, & Lodging |
| 7. | Continuing Legal Education in Colorado, Inc. | June 2-4, 2010 | Westminister, Colorado | 8th Annual Rocky Mountain Intellectual Property & Technology Institute | Transportation, Meals, & Lodging |
| 8. | State Bar of Texas | July 29-30, 2010 | San Antonio, Texas | 6th Annual Advanced Patent Litigation Course | Transportation, Meals, & Lodging |
| 9. | National Conference of Commissioners on Uniform State Laws | September 8-12, 2010 | Chicago, Illinois | Committee on Style | Transportation, Meals, & Lodging |
| 10. | National Conference of Commissioners on Uniform State Laws | November 18-20, 2010 | Washington, D.C. | Committee to Revise NCCUSL Drafting Process | Transportation, Meals, & Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L. | 06/01/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Prosperity Bank | Line of Credit | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L. | 06/01/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SCHW Common Stock (see note) | A | Dividend | J | T | | | | | |
| 2. CVX Common Stock | B | Dividend | K | T | | | | | |
| 3. C Common Stock | | None | J | T | | | | | |
| 4. DELL Common Stock | | None | K | T | | | | | |
| 5. XOM Common Stock | A | Dividend | K | T | | | | | |
| 6. F Common Stock | | None | J | T | | | | | |
| 7. JPM Common Stock | A | Dividend | K | T | | | | | |
| 8. MSFT Common Stock | A | Dividend | J | T | | | | | |
| 9. Rogers Communications, Inc. Class B Common Stock | A | Dividend | J | T | | | | | |
| 10. Royal Dutch Shell PLC Common Stock | B | Dividend | K | T | | | | | |
| 11. LUV Common Stock | A | Dividend | L | T | | | | | |
| 12. SPND.OB Common Stock | | None | J | T | | | | | |
| 13. DIS Common Stock | A | Dividend | J | T | | | | | |
| 14. Fidelity Blue Chip Growth Mutual Fund | | None | K | T | | | | | |
| 15. Fidelity China Region Mutual Fund | A | Dividend | J | T | | | | | |
| 16. Fidelity New Millennium Mutual Fund | A | Dividend | K | T | | | | | |
| 17. Fidelity Municipal Money Market Mutual Fund | A | Interest | J | T | | | | | |

1. Income Gain Codes:      A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
(See Columns B1 and D4)      F =$50,001 - $100,000      G =$100,001 - $1,000,000      H1 =$1,000,001 - $5,000,000      H2 =More than $5,000,000
2. Value Codes                J =$15,000 or less         K =$15,001 - $50,000        L =$50,001 - $100,000       M =$100,001 - $250,000
(See Columns C1 and D3)      N =$250,001 - $500,000      O =$500,001 - $1,000,000      P1 =$1,000,001 - $5,000,000      P2 =$5,000,001 - $25,000,000
                             P3 =$25,000,001 - $50,000,000                            P4 =More than $50,000,000
3. Value Method Codes         Q =Appraisal               R =Cost (Real Estate Only)    S =Assessment              T =Cash Market
(See Column C2)              U =Book Value              V =Other                     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L. | 06/01/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity US Gov't Reserves Mutual Fund | A | Dividend | L | T | Sold (part) | 11/15/10 | J | A | |
| 19. Vanguard Prime Money Market Mutual Fund | A | Dividend | K | T | Sold (part) | 12/13/10 | J | A | |
| 20. Prosperity Bank (CD) | B | Interest | L | T | | | | | |
| 21. Prosperity Bank (CD) | A | Interest | K | T | | | | | |
| 22. Prosperity Bank (Checking) | A | Interest | J | T | | | | | |
| 23. Wells Fargo Bank (Checking) | | None | J | T | | | | | |
| 24. Wells Fargo Bank (Checking) | A | Interest | J | T | | | | | |
| 25. Wells Fargo Bank (Savings) | B | Interest | L | T | | | | | |
| 26. Calamos Growth & Income - A (Mutual Fund) | A | Dividend | | | Sold | 03/08/10 | L | A | |
| 27. Capital World Growth & Income (Mutual Fund) | | None | | | Sold | 03/08/10 | L | A | |
| 28. IShares TR S&P Small Cap 600 Index (Mutual Fund) | | None | | | Sold | 03/11/10 | K | C | |
| 29. Thornberg Global Opportunites Class A (Mutual Fund) | A | Dividend | | | Sold | 03/08/10 | K | A | |
| 30. Thornberg Investment Inc. Builder A (TIBAX) (Mutual Fund) | C | Dividend | | | Sold | 03/08/10 | L | D | |
| 31. Thornberg Investment Inc. Builder I (TIBIX) (Mutual Fund) | A | Dividend | K | T | Buy | 03/11/10 | J | | |
| 32. Thornberg Investment Inc. Builder I (TIBIX) (Mutual Fund) | | | | | Buy (add'l) | 03/31/10 | J | | |
| 33. Thornberg Investment Inc. Builder I (TIBIX) | | | | | Buy (add'l) | 04/22/10 | J | | |
| 34. Thornberg Investment Inc. Builder I (TIBIX) | | | | | Buy (add'l) | 09/16/10 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L. | 06/01/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. FPA Capital (Mutual Fund) | A | Dividend | | | Sold | 03/08/10 | L | A | |
| 36. DWS Dreman High Return Equity Fund Class A (Mutual Fund) | A | Dividend | | | Sold | 03/08/10 | K | A | |
| 37. American High Income Tr (Mutual Fund) | A | Dividend | J | T | Buy | 03/11/10 | J | | |
| 38. American High Income Tr (Mutual Fund) | | | | | Buy (add'l) | 03/31/10 | J | | |
| 39. American High Income Tr (Mutual Fund) | | | | | Buy (add'l) | 04/22/10 | J | | |
| 40. American High Income Tr (Mutual Fund) | | | | | Buy (add'l) | 09/16/10 | J | | |
| 41. Fidelity Advisor Strategic Income Fund (Mutual Fund) | A | Dividend | | | Buy | 03/11/10 | J | | |
| 42. Fidelity Advisor Strategic Income Fund (Mutual Fund) | | | | | Buy (add'l) | 03/31/10 | J | | |
| 43. Fidelity Advisor Strategic Income Fund (Mutual Fund) | | | | | Buy (add'l) | 04/22/10 | J | | |
| 44. Fidelity Advisor Strategic Income Fund (Mutual Fund) | | | | | Buy (add'l) | 09/16/10 | J | | |
| 45. Fidelity Advisor Strategic Income Fund (Mutual Fund) | | | | | Sold | 11/03/10 | J | A | |
| 46. Fidelity Advisor Small Cap Fund Instl. (Mutual Fund) | | None | K | T | Buy | 03/11/10 | J | | |
| 47. Fidelity Advisor Small Cap Fund Instl. (Mutual Fund) | | | | | Buy (add'l) | 03/31/10 | J | | |
| 48. Fidelity Advisor Small Cap Fund Instl. (Mutual Fund) | | | | | Buy (add'l) | 04/22/10 | J | | |
| 49. Fidelity Advisor Small Cap Fund Instl. (Mutual Fund) | | | | | Buy (add'l) | 09/16/10 | J | | |
| 50. Fidelity Advisor Latin America (Mutual Fund) | | None | | | Buy | 03/11/10 | J | | |
| 51. Fidelity Advisor Latin America (Mutual Fund) | | | | | Sold | 03/30/10 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L. | 06/01/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. JPMorgan Latin America Fund (Mutual Fund) | | None | | | Buy | 03/30/10 | J | | |
| 53. JPMorgan Latin America Fund (Mutual Fund) | | | | | Buy (add'l) | 03/31/10 | J | | |
| 54. JPMorgan Latin America Fund (Mutual Fund) | | | | | Buy (add'l) | 04/22/10 | J | | |
| 55. JPMorgan Latin America Fund (Mutual Fund) | | | | | Sold | 05/19/10 | J | A | |
| 56. JPMorgan Latin America Fund (Mutual Fund) | | None | K | T | Buy | 06/14/10 | J | | |
| 57. JPMorgan Latin America Fund (Mutual Fund) | | | | | Buy (add'l) | 06/18/10 | J | | |
| 58. JPMorgan Latin America Fund (Mutual Fund) | | | | | Buy (add'l) | 08/18/10 | J | | |
| 59. JPMorgan Latin America Fund (Mutual Fund) | | | | | Buy (add'l) | 09/16/10 | J | | |
| 60. Fidelity Advisor New Insights (Mutual Fund) | | None | K | T | Buy | 03/11/10 | J | | |
| 61. Fidelity Advisor New Insights (Mutual Fund) | | | | | Buy (add'l) | 03/31/10 | J | | |
| 62. Fidelity Advisor New Insights (Mutual Fund) | | | | | Buy (add'l) | 04/22/10 | J | | |
| 63. Fidelity Advisor New Insights (Mutual Fund) | | | | | Buy (add'l) | 09/16/10 | J | | |
| 64. Fidelity Advisor Mid Cap II Instl. (Mutual Fund) | | None | K | T | Buy | 03/11/10 | J | | |
| 65. Fidelity Advisor Mid Cap II Instl. (Mutual Fund) | | | | | Buy (add'l) | 03/31/10 | J | | |
| 66. Fidelity Advisor Mid Cap II Instl. (Mutual Fund) | | | | | Buy (add'l) | 04/22/10 | J | | |
| 67. Fidelity Advisor Floating Rate High Income (Mutual Fund) | | None | K | T | Buy | 12/22/10 | K | | |
| 68. Ivy High Income (Mutual Fund) | A | Dividend | | | Buy | 03/11/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L. | 06/01/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Ivy High Income (Mutual Fund) | | | | | Buy (add'l) | 03/31/10 | J | | |
| 70. Ivy High Income (Mutual Fund) | | | | | Buy (add'l) | 04/22/10 | J | | |
| 71. Ivy High Income (Mutual Fund) | | | | | Sold | 11/03/10 | J | A | |
| 72. Franklin Templeton Gold & Precious Metals (Mutual Fund) | B | Dividend | K | T | Buy | 11/03/10 | J | | |
| 73. John Hancock Large Cap Equity (Mutual Fund) | | None | | | Buy | 03/11/10 | J | | |
| 74. John Hancock Large Cap Equity (Mutual Fund) | | | | | Buy (add'l) | 04/01/10 | J | | |
| 75. John Hancock Large Cap Equity (Mutual Fund) | | | | | Buy (add'l) | 04/22/10 | J | | |
| 76. John Hancock Large Cap Equity (Mutual Fund) | | | | | Sold | 09/10/10 | J | A | |
| 77. John Hancock Floating Rate Income (Mutual Fund) | A | Dividend | | | Buy | 03/11/10 | J | | |
| 78. John Hancock Floating Rate Income (Mutual Fund) | | | | | Buy (add'l) | 04/01/10 | J | | |
| 79. John Hancock Floating Rate Income (Mutual Fund) | | | | | Buy (add'l) | 04/22/10 | J | | |
| 80. John Hancock Floating Rate Income (Mutual Fund) | | | | | Sold | 05/27/10 | J | A | |
| 81. Eaton Vance Floating Rate Advantage Fund (Mutual Fund) | A | Dividend | K | T | Buy | 05/27/10 | J | | |
| 82. Eaton Vance Floating Rate Advantage Fund (Mutual Fund) | | | | | Buy (add'l) | 09/16/10 | J | | |
| 83. Eaton Vance Floating Rate Advantage Fund (Mutual Fund) | | | | | Buy (add'l) | 12/22/10 | K | | |
| 84. New Economy Fund (Mutual Fund) | | None | | | Buy | 03/11/10 | J | | |
| 85. New Economy Fund (Mutual Fund) | | | | | Sold | 03/31/10 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L. | 06/01/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. New World Fund Inc. (Mutual Fund) | A | Dividend | K | T | Buy | 03/11/10 | J | | |
| 87. New World Fund Inc. (Mutual Fund) | | | | | Buy (add'l) | 03/31/10 | J | | |
| 88. New World Fund Inc. (Mutual Fund) | | | | | Buy (add'l) | 04/22/10 | J | | |
| 89. New World Fund Inc. (Mutual Fund) | | | | | Buy (add'l) | 09/16/10 | J | | |
| 90. Small Cap World Fund (Mutual Fund) | A | Dividend | K | T | Buy | 03/11/10 | J | | |
| 91. Small Cap World Fund (Mutual Fund) | | | | | Buy (add'l) | 03/31/10 | J | | |
| 92. Small Cap World Fund (Mutual Fund) | | | | | Buy (add'l) | 04/22/10 | J | | |
| 93. Small Cap World Fund (Mutual Fund) | | | | | Buy (add'l) | 09/16/10 | J | | |
| 94. Templeton Global Bond Fund (Mutual Fund) | A | Dividend | J | T | Buy | 03/11/10 | J | | |
| 95. Templeton Global Bond Fund (Mutual Fund) | | | | | Buy (add'l) | 03/31/10 | J | | |
| 96. Templeton Global Bond Fund (Mutual Fund) | | | | | Buy (add'l) | 04/22/10 | J | | |
| 97. Templeton Global Bond Fund (Mutual Fund) | | | | | Buy (add'l) | 09/16/10 | J | | |
| 98. Blackrock Energy & Resources Fund (Mutual Fund) | | None | | | Buy | 03/11/10 | J | | |
| 99. Blackrock Energy & Resources Fund (Mutual Fund) | | | | | Buy (add'l) | 03/31/10 | J | | |
| 100. Blackrock Energy & Resources Fund (Mutual Fund) | | | | | Buy (add'l) | 04/22/10 | J | | |
| 101. Blackrock Energy & Resources Fund (Mutual Fund) | | | | | Sold | 05/20/10 | J | A | |
| 102. Blackrock Energy & Resources Fund (Mutual Fund) | | None | | | Buy | 06/14/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L. | 06/01/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Blackrock Energy & Resources Fund (Mutual Fund) | | | | | Buy (add'l) | 06/18/10 | J | | |
| 104. Blackrock Energy & Resources Fund (Mutual Fund) | | | | | Sold | 07/20/10 | J | A | |
| 105. RS Global Natural Resources Fund (Mutual Fund) | | None | K | T | Buy | 07/20/10 | J | | |
| 106. RS Global Natural Resources Fund (Mutual Fund) | | | | | Buy (add'l) | 08/18/10 | J | | |
| 107. RS Global Natural Resources Fund (Mutual Fund) | | | | | Buy (add'l) | 09/16/10 | J | | |
| 108. Blackrock Global Allocation Fund (Mutual Fund) | A | Dividend | | | Buy | 03/11/10 | J | | |
| 109. Blackrock Global Allocation Fund (Mutual Fund) | | | | | Buy (add'l) | 03/31/10 | J | | |
| 110. Blackrock Global Allocation Fund (Mutual Fund) | | | | | Buy (add'l) | 04/22/10 | J | | |
| 111. Blackrock Global Allocation Fund (Mutual Fund) | | | | | Sold | 08/09/10 | J | A | |
| 112. Dodge & Cox Income Fund (Mutual Fund) | A | Dividend | J | T | Buy | 03/11/10 | J | | |
| 113. Dodge & Cox Income Fund (Mutual Fund) | | | | | Buy (add'l) | 04/01/10 | J | | |
| 114. Dodge & Cox Income Fund (Mutual Fund) | | | | | Buy (add'l) | 04/22/10 | J | | |
| 115. Dodge & Cox Income Fund (Mutual Fund) | | | | | Buy (add'l) | 09/16/10 | J | | |
| 116. Loomis Sayles Investment Grade Bond Fund (Mutual Fund) | A | Dividend | J | T | Buy | 03/11/10 | J | | |
| 117. Loomis Sayles Investment Grade Bond Fund (Mutual Fund) | | | | | Buy (add'l) | 03/31/10 | J | | |
| 118. Loomis Sayles Investment Grade Bond Fund (Mutual Fund) | | | | | Buy (add'l) | 04/22/10 | J | | |
| 119. Loomis Sayles Investment Grade Bond Fund (Mutual Fund) | | | | | Buy (add'l) | 09/16/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L. | 06/01/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including tr st assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Loomis Sayles Strategic Income Fund (Mutual Fund) | | None | J | T | Buy | 11/03/10 | J | | |
| 121. Pimco Total Return Fund (Mutual Fund) | B | Dividend | K | T | Buy | 03/09/10 | K | | |
| 122. Pimco Total Return Fund (Mutual Fund) | | | | | Buy (add'l) | 03/11/10 | J | | |
| 123. Pimco Total Return Fund (Mutual Fund) | | | | | Buy (add'l) | 03/31/10 | J | | |
| 124. Pimco Total Return Fund (Mutual Fund) | | | | | Buy (add'l) | 04/22/10 | J | | |
| 125. Pimco Total Return Fund (Mutual Fund) | | | | | Buy (add'l) | 09/16/10 | J | | |
| 126. Pimco Total Return Fund (Mutual Fund) | | | | | Sold (part) | 12/15/10 | J | A | |
| 127. Fairholme Funds Inc. (Mutual Fund) | A | Dividend | K | T | Buy | 03/12/10 | J | | |
| 128. Fairholme Funds Inc. (Mutual Fund) | | | | | Buy (add'l) | 03/31/10 | J | | |
| 129. Fairholme Funds Inc. (Mutual Fund) | | | | | Buy (add'l) | 04/22/10 | J | | |
| 130. Fairholme Funds Inc. (Mutual Fund) | | | | | Buy (add'l) | 09/16/10 | J | | |
| 131. T Rowe Price Emerging Europe Mediterranean Fund-Mutual Fund | | None | | | Buy | 03/31/10 | J | | |
| 132. T Rowe Price Emerging Europe Mediterranean Fund-Mutual Fund | | | | | Buy (add'l) | 04/22/10 | J | | |
| 133. T Rowe Price Emerging Europe Mediterranean Fund-Mutual Fund | | | | | Sold | 05/05/10 | J | A | |
| 134. T Rowe Price Emerging Europe Mediterranean Fund-Mutual Fund | | None | K | T | Buy | 08/09/10 | J | | |
| 135. T Rowe Price Emerging Europe Mediterranean Fund-Mutual Fund | | | | | Buy (add'l) | 09/16/10 | J | | |
| 136. IShares Barclays Treas Inflation Protected Secs-Mutual Fund | A | Dividend | | | Buy | 06/08/10 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L. | 06/01/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. IShares Barclays Treas Inflation Protected Secs-Mutual Fund | | | | | Sold (part) | 09/16/10 | J | A | |
| 138. IShares Barclays Treas Inflation Protected Secs-Mutual Fund | | | | | Sold (part) | 10/26/10 | K | B | |
| 139. IShares Barclays Treas Inflation Protected Secs-Mutual Fund | | | | | Sold | 11/10/10 | K | B | |
| 140. IShares Barclays Aggr Bond Fund (Mutual Fund) | A | Dividend | | | Buy | 10/26/10 | K | | |
| 141. IShares Barclays Aggr Bond Fund (Mutual Fund) | | | | | Sold (part) | 11/16/10 | K | A | |
| 142. IShares Barclays Aggr Bond Fund (Mutual Fund) | | | | | Buy (add'l) | 11/30/10 | L | | |
| 143. IShares Barclays Aggr Bond Fund (Mutual Fund) | | | | | Sold | 12/08/10 | L | A | |
| 144. Lazard Emerging Markets Portfolio (Mutual Fund) | A | Dividend | | | Buy | 07/13/10 | J | | |
| 145. Lazard Emerging Markets Portfolio (Mutual Fund) | | | | | Buy (add'l) | 08/18/10 | J | | |
| 146. Lazard Emerging Markets Portfolio (Mutual Fund) | | | | | Sold | 09/03/10 | J | A | |
| 147. Invesco Developing Markets Fund (Mutual Fund) | A | Dividend | K | T | Buy | 09/03/10 | J | | |
| 148. Invesco Developing Markets Fund (Mutual Fund) | | | | | Buy (add'l) | 09/16/10 | J | | |
| 149. First Eagle Fund of America Class A (Mutual Fund) | A | Dividend | K | T | Buy | 09/09/10 | J | | |
| 150. First Eagle Fund of America Class A (Mutual Fund) | | | | | Buy (add'l) | 09/16/10 | J | | |
| 151. Prudential Jennison Equity Income Fund (Mutual Fund) | A | Dividend | J | T | Buy | 12/15/10 | J | | |
| 152. Prime Money Market Fund (Mutual Fund) | A | Dividend | J | T | Buy (add'l) | 02/16/10 | K | | |
| 153. Prime Money Market Fund (Mutual Fund) | | | | | Sold (part) | 03/09/10 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2.501 - $5,000 | D =$5.001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L. | 06/01/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Brownwood TX ISD GO Bond (Tax Exempt Bond) | A | Interest | | | Matured | 02/16/10 | K | A | |
| 155. Federal Gov't Obl. Tax Mgd. Fund #636 | A | Dividend | J | T | | | | | |
| 156. Federal Home Loan Mortgage Corp. 2.50% Note | A | Interest | K | T | | | | | |
| 157. Federal Home Loan Bank 3.13% Note | A | Interest | K | T | | | K | | |
| 158. Federal Home Loan Mortgage Corp. 3.00% Note | A | Interest | | | Matured | 06/14/10 | K | A | |
| 159. Federal Farm Credit Bank 3.45% Note | A | Interest | K | T | Buy | 07/07/10 | K | | |
| 160. Denton, Texas ISD-PSF (Tax Exempt Bond) | A | Interest | | | Matured | 08/16/10 | J | A | |
| 161. Introgen Theraputics Inc. | | None | J | T | Sold (part) | 03/08/10 | J | A | |
| 162. Lynas Corp. Ltd. | | None | | | Sold | 07/06/10 | J | A | |
| 163. Luby's Inc. | | None | J | T | Buy | 07/06/10 | J | | |
| 164. United States Series I Savings Bonds | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L. | 06/01/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Item 1. This item was listed as SCH Common Stock on previous reports.

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L. | 06/01/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Earl L. Yeakel III**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544